**John A. GRAVES, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 05–74774.
Tax Ct. No. 1224–04.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 23, 2006.*

Decided Jan. 27, 2006.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

John A. Graves, Las Vegas, NV, pro se.

Robert R. Di Trolio, Clerk, U.S. Tax Court, Donald L. Korb, Acting Chief Counsel Internal Revenue Service, Eileen J. O'Connor, Francesca Ugolini Tamami, U.S. Department of Justice, Washington, DC, for Respondent.

Before T.G. NELSON, SILVERMAN and BYBEE, Circuit Judges.

### MEMORANDUM**

A review of the record indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the Tax Court's judgment, and we grant respondent's motion for sanctions of $6,000 for pursuing a frivolous appeal. *See* 26 U.S.C. § 7482(c)(4); 28 U.S.C. § 1912; Fed. R.App. P. 38.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.